JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br>    Plaintiff,<br> v.<br>DI NONNO ENTERPRISES, INC., a California corporation doing business as CUTTING EDGE CONCRETE CUTTING,<br>    Defendant. | Case No: CV 18-8401 MWF (SSx)<br>**JUDGMENT ENTERED ON PLAINTIFF'S AND DEFENDANT'S STIPULATION** |

The above-entitled action came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, on January 18, 2019, pursuant to Plaintiff's Motion for for Entry of Judgment Pursuant to Stipulation (the "Motion"). (Docket No. 14). All claims have now been resolved, as follows:

Plaintiff commenced this action on September 28, 2018, and asserted three claims against Defendant: (1) contributions owed to the trust funds pursuant to 29 U.S.C.

§§ 185 and 1145; (2) preliminary and permanent injunctive relief; and (3) breach of settlement agreement. (Docket No. 1).

On January 3, 2019, the parties entered into a stipulation for entry of judgment (the "Stipulation"). (Mot., Ex. 3).

Accordingly, after considering the Stipulation, and good cause having been shown, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. The Stipulation is **GRANTED**.
2. Judgment on all claims is entered in favor of Plaintiff and against Defendant for the principal sum of $10,988.87 for the period between January 1, 2014, and November 30, 2018.
3. Plaintiff and Defendant are each to bear their own respective costs and attorneys' fees.

DATED: March 5, 2019

_____
MICHAEL W. FITZGERALD
United States District Court Judge